UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISAIAH S. ROBINSON,

        Plaintiff,                          Civil Case No 22-12906
                                                   Honorable Linda V. Parker

v.

GRETCHEN WHITMER,

        Defendant.

_____/

## OPINION AND ORDER
## DISMISSING COMPLAINT WITHOUT PREJUDICE

Plaintiff Isaiah S. Robinson is an incarcerated individual in the custody of the Michigan Department of Corrections. He filed a pro se civil rights complaint but failed to pay the filing fee or, alternatively, to apply in the manner required by law to proceed *in forma pauperis*. On December 12, 2022, the Court ordered Plaintiff to submit the filing fee or to file the necessary papers to proceed *in forma pauperis* as required by 28 U.S.C. § 1915(a)(2). (ECF No. 2.) The Court cautioned that failure to correct the deficiency within 30 days would result in dismissal of the case. On March 8, 2023, the Court granted Plaintiff's request for additional time to correct the filing deficiency and set a new deadline of April 7, 2023. (ECF No. 6.) Plaintiff has not corrected the deficiency.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 19, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 19, 2023, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager